IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| RICHARD REYNOSO, et. al | § § § | |
| vs.     Plaintiffs | § § | |
| AMARILLO ISD, et. al., | § § | CA NO. 2-98-CV-186 |
| Defendants | § | |

## ORDER

The parties have resolved the merits of this case in which the defendants have adopted a new election system as set out in their agreement filed with the court on May 27, 1999. As required by Section 5 of the Federal Voting Rights Act, 42 USC 1973c, said election system has been approved by the United States Attorney General.

The only remaining issue to be resolved is Plaintiffs' request for attorneys' fees, costs and expenses.

THEREFORE, the court orders that:

The parties' May 27, 1999 agreement is hereby ADOPTED by the Court and ORDERED into effect.

The issues of Plaintiffs' attorney fees shall be decided by separate court order.

IT IS SO ORDERED

Signed this 16th day of September, 1999.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE

ENTERED ON DOCKET
SEP 17 1999
U.S. DISTRICT CLERK'S OFFICE

1